B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re   David M. Lewis, Jr.
     Tammy L. Lewis                                   Case No.
                                      Debtor(s)            Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Americredit Financial/GM Financial | **Describe Property Securing Debt:**<br>2008 Hummer H3<br>VIN #5GTEN13E588178819<br>71,000 Miles |

Property will be (check one):
    ☐ Surrendered                                ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Freedom Road Financial | **Describe Property Securing Debt:**<br>2007 Harley Davidson Softail<br>Mileage 11,000<br>VIN# 1HD1JL5157Y023398 |

Property will be (check one):
    ☐ Surrendered                                ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                              ☐ Not claimed as exempt

Case 3:13-bk-33966    Doc 4    Filed 09/26/13    Entered 09/26/13 13:31:35    Desc Main
          Document      Page 2 of 3

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Ralph and Sandy Molter | **Describe Property Securing Debt:**<br>1863 Hanes Road, Beavercreek, Ohio 45431<br>Wife is Purchasing this property on land contract. The purchase price of the property was $145,000.00. Debtors estimate the current balance owed is $135,888.42. |

Property will be (check one):
 ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date September 24, 2013    Signature /s/ David M. Lewis, Jr.
                       David M. Lewis, Jr.
                       Debtor

Date September 24, 2013    Signature /s/ Tammy L. Lewis
                       Tammy L. Lewis
                       Joint Debtor

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2013, a copy of the foregoing Statement of Intent and Notice of Meeting of Creditors was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

U.S. Trustee
Chapter 7 Trustee

And on the following by ordinary U.S. Mail addressed to:

David M. Lewis, Jr. and Tammy L. Lewis, 1863 Hanes Rd., Beavercreek, OH 45432
Americredit Financial/GM Financial, 801 Cherry St., Ste. 3500, Fort Worth, TX 76102
Ralph and Sandy Molter, 1769 Edith Marie Drive, Beavercreek, Ohio 45431
Freedom Road Financial, 10605 Double R Blvd, Reno, NV 89521

                                    /s/ Andrew J. Zeigler
                                    Andrew J. Zeigler